UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAYNE WEAVER, JR., <br><br>  Plaintiff, <br><br>  v. <br><br> WARDEN, <br><br>  Defendant. | No.  1:23-cv-01316-SAB (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED <br><br> (ECF No. 6) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 30, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint.[1]  (ECF No. 6.)  Plaintiff failed to file an amended complaint or otherwise responded to the Court's order and the time to do so has passed.  Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim.  (Id.)

///

---

[1] On November 13, 2023, the order was returned by the United States Postal Service with a notation ""Not in Custody, Name Doesn't Match BK#."  Pursuant to Local Rule 182(f) if a pro se party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the ... party shall be fully effective." E.D. Cal. R. 182(f).

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. Failure to comply with this order will result in a recommendation to dismiss this action for the reasons stated above.

IT IS SO ORDERED.

Dated: __**December 11, 2023**__

UNITED STATES MAGISTRATE JUDGE